IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA FIGULI,<br>DAVID FIGULI,<br>EDUCATION EQUITIES FUNDS, LLC<br>and HUSSIAN COLLEGE, INC.,<br>  Plaintiffs,<br><br>v.<br><br>JEREMIAH STAROPOLI,<br>ADRIENNE SCOTT,<br>STEVEN WOJSLAW,<br>ERIC HELLER,<br>RONALD KELLY,<br>VELOCITY CAPITAL GROUP, LLC and<br>SUMMIT CAPTIAL FUNDING, LLC,<br>  Defendants. | CIVIL ACTION<br><br>NO. 24-5408 |

**NOTICE**

A review of the Court's records shows that Eric Heller and Steven Wojslaw have not filed an answer or pleading in response to the complaint in the above-captioned case.

If plaintiffs do not take any action in this case on or before **December 6, 2024**, the Court may enter an order dismissing the case against Eric Heller and Steven Wojslaw for lack of prosecution.

BY THE COURT:

/s/ Hon. Kelley B. Hodge

_____
HODGE, KELLEY B., J.

Dated: November 22, 2024