IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA FIGULI,<br>DAVID FIGULI,<br>EDUCATION EQUITIES FUNDS, LLC<br>and HUSSIAN COLLEGE, INC.,<br>    Plaintiffs,<br><br>v.<br><br>JEREMIAH STAROPOLI,<br>ADRIENNE SCOTT,<br>STEVEN WOJSLAW,<br>ERIC HELLER,<br>RONALD KELLY,<br>VELOCITY CAPITAL GROUP, LLC and<br>SUMMIT CAPTIAL FUNDING, LLC,<br>    Defendants. | CIVIL ACTION<br><br><br><br><br>NO.  24-5408 |

# O R D E R

**AND NOW**, this 22nd day of November, 2024, in accordance with Federal Rule of Civil Procedure 4(m), and following a review of the Court's records which indicate that the plaintiff has failed to make service on the defendant, Jeremiah Staropoli, in this case within 90 days of the filing of the complaint, **IT IS ORDERED** that the plaintiffs must make service by **December 6, 2024**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
    HODGE, KELLEY B., J.