# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FIGULI ET AL                                                CIVIL ACTION:  24-CV-05408

V.

STAROPOLI ET AL

## Entry of Default

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against Defendant

**STEVEN WOJSLAW**

for failure to plead or otherwise defend

George Wylesol
Clerk of Court

By: s/Ashley Mastrangelo
Ashley Mastrangelo, Deputy Clerk