IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HUSSIAN COLLEGE, INC. ET AL., | : CIVIL ACTION |
| Plaintiffs, | : No. 2:24-cv-05408 |
| vs. | : |
| JEREMIAH STAROPOLI ET AL., | : |
| Defendants. | : |

**STIPULATION AND ORDER**

Defendant Ronald Kelley ("Kelley") and Defendants Velocity Capital Group LLC and Summit Capital Funding, LLC (collectively, "Velocity"), through their respective undersigned counsel, hereby stipulate that the time for Velocity to answer or otherwise plead to the Crossclaim asserted by Kelley is extended through and including twenty (20) days after the date of entry of an Order by the Court on the pending Motion for Leave to File Amended Complaint [ECF No. 33].

STIPULATED and AGREED this 4th day of December, 2024, by:

| | |
|---|---|
| */s/ Benjamin J. DiLorenzo* | */s/ William A. Harvey* |
| **Bressler Amery & Ross, P.C.** | **Klehr Harrison Harvey Branzburg LLP** |
| Benjamin J. DiLorenzo, Esq. | William A. Harvey, Esq. |
| *Counsel for Ronald Kelley* | *Counsel for the Velocity Capital Group LLC and Summit Capital Funding, LLC* |

SO ORDERED this 9th day of December, 2024 by the Court:

/s/ Hon. Kelley B. Hodge
, J.

11246904.v2