REC'D JAN 1 0 2025

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Joshua Figuli, David Figuli,

Education Equities LLC,

Hussian College,

**Plaintiffs,**

v.

Jeremiah Staropoli, Steve Wojslaw,

Eric Heller, Ronald Lelley,

Velocity Capital Group LLC, Summit Capital Funding LLC,

**Defendants.**

Civil Action No. 24-cv-05408

**ANSWER OF DEFENDANT JEREMIAH STAROPOLI**

Defendant Jeremiah Staropoli, submits this Answer to the Complaint filed by Plaintiffs in the above-captioned matter:

1. **Acknowledgment of Service:** Defendant acknowledges service of process at his residential address located at 680 Christina Drive, Wellington, Florida.

2. **Denial of Service at 162 N. Union Street:** Defendant denies service of process at the address 162 N. Union Street, Wilmington, Delaware 19806. Defendant further asserts that he has never resided at, nor has any association with, the address listed as 162 N. Union Street, Wilmington, Delaware.

3. **General Denial:** To the extent that the allegations in the Complaint are not specifically admitted herein, they are denied. Defendant reserves all defenses available under Rule 12 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant Jeremiah Staropoli respectfully requests that the Court dismiss the claims against him or grant any relief the Court deems just and proper.

Respectfully submitted,

*[signature]*

Jeremiah Staropoli

680 Christina Dr

Apt 304

Wellington, FL 33414

Jeremiah Staropoli

Sworn and subscribed
Before me 1/8/25

*[signature]*

Sarah Herrera
Notary Public
State of Florida
Comm# HH118452
Expires 4/18/2025

FedEx shipping label:

ORIGIN ID:LNAA (561) 318-6004
JEREMIAH STAROPOLI
C/O ESPRESSO MAIL
7754 OKEECHOBEE BLVD

WEST PALM BEACH, FL 33411
UNITED STATES US

SHIP DATE: 08JAN25
ACTWGT: 0.74 LB
CAD: 106260739/WSXI3700
DIMS: 0x0x0 IN
BILL SENDER

TO CLERK OFFICE
UNITED STATES DISTRICT COURT
601 MARKET ST
RM 2609
PHILADELPHIA PA 19106
(302) 824-5041
REF: 0165603
INV:
PO:                  DEPT:

THU - 09 JAN 12:00P
PRIORITY OVERNIGHT

19106
PA-US  PHL

TRK# 2841 5776 9907
0201

XS REDA

Part # 156297-435 RRDB2 EXP.10/25

Stamps: REC'D JAN 10 2025

U.S.M.S. X-RAY

Yellow stickers: A  RT 498  FZ 499  9907  01.09  10:30 6
A  RT 498  FZ 499  9907  01.10  10:30 6