IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSHUA FIGULI,<br>DAVID FIGULI,<br>EDUCATION EQUITIES FUNDS, LLC<br>and HUSSIAN COLLEGE, INC.,<br>          Plaintiffs,<br><br>        v.<br><br>JEREMIAH STAROPOLI,<br>ADRIENNE SCOTT,<br>STEVEN WOJSLAW,<br>ERIC HELLER,<br>RONALD KELLY,<br>VELOCITY CAPITAL GROUP, LLC and<br>SUMMIT CAPITAL FUNDING, LLC,<br>          Defendants. | CIVIL ACTION<br><br>NO.  24-5408 |

## O R D E R

**AND NOW**, this 31st day of July, 2025, upon review of the Motion to Dismiss (ECF No. 20) filed by Defendants Summit Capital Funding, LLC and Velocity Capital Group, LLC (collectively, "Velocity"); Motion to Dismiss (ECF No. 21) filed by Defendant Adrienne Scott ("Scott"); Amended Motion for Leave to File an Amended Complaint (ECF No. 37) filed by Plaintiffs Joshua Figuli, David Figuli, Education Equities Funds, LLC, and Hussian College, Inc. (collectively, "Plaintiffs"); and Motion to Compel Arbitration and Stay Proceedings (ECF No. 45) filed by Defendant Jeremiah Staropoli ("Staropoli), it is hereby **ORDERED** that:

1. Plaintiffs' Amended Motion for Leave to File an Amended Complaint (ECF No. 37) is **DENIED** as to Count VII (aiding and abetting breach of fiduciary duty) and Count VIII (negligence), and **GRANTED** as unopposed as to Counts I-VI;

2. Defendant Velocity and Scott's Motions to Dismiss (ECF Nos. 20 and 21) are **DENIED AS MOOT** in light of the Court's denial of ECF No. 37 as to Counts VII and VIII and the Court's grant of ECF No. 37 as to the remaining claims; and

3. Defendant Staropoli's Motion to Compel Arbitration and Stay Proceedings (ECF No. 45) is **GRANTED** only as it pertains to Plaintiffs. Plaintiffs and Staropoli shall arbitrate the claims raised against him in Plaintiffs' Amended Complaint. It is further **ORDERED** that this action shall be **STAYED** and placed in **CIVIL SUSPENSE** pending the outcome of the arbitration.

BY THE COURT:

/s/ Kelley B. Hodge
_____
       HODGE, KELLEY B., J.